# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Equine Architectural Products, Inc. )      ASBCA No. 60179
)
Under Contract No. W91ZLK-12-P-0037 )

APPEARANCE FOR THE APPELLANT:      Donald J. Walsh, Esq.
                                   Offit Kurman, P.A.
                                   Baltimore, MD

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
                                   Army Chief Trial Attorney
                                   CPT Cali Y. Kim, JA
                                   Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 19 May 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60179, Appeal of Equine Architectural Products, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals